IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 09- 20058 CM/JPO |
| ) | |
| CHESTER BRAGG, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

## COUNT 1

From on or about September 12, 2007 to on or about March 19, 2009, in the District of Kansas and elsewhere, the defendant,

**CHESTER BRAGG,**

being required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate or foreign commerce, did knowingly fail to register and to

1

update a registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250.

                      A TRUE BILL


Dated: May 20, 2009                  s/Foreperson
                                        FOREPERSON


s/Kim I. Martin #13407 for
LANNY D. WELCH
United States Attorney
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
Tel. 316-269-6481
Fax 316-269-6484
lanny.welch@usdoj.gov
Ks. S. Ct. No. 13267


(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

**Count 1:     Title 18, United States Code, § 2250, that is, failure to register as sex offender**

- NMT 10 years imprisonment;
- NMT $250,000.00 fine;
- NLT 5 years and NMT life supervised release;
- $100 special assessment fee.