IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>vs.<br><br>CHESTER BRAGG,<br>　　　Defendant. | Case No. 09-20058-01 CM/JPO |

### DEFENDANT'S INVOCATION OF RIGHT TO COUNSEL AND RIGHT TO REMAIN SILENT

NOW ON THIS  31st  day of July, 2009, the above named Defendant hereby affirmatively invokes his Right to Counsel pursuant to the Fifth and Sixth Amendments to the Constitution of the United States, and his Right to Remain Silent pursuant to the Fifth Amendment to the Constitution of the United States. The Defendant further informs the Court and the government that having invoked his constitutional rights, he does not wish to waive these rights in the absence of counsel.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CHESTER BRAGG
　　　　　　　　　　　　　　　　　　　Defendant

APPROVED:

_____
TIMOTHY J. HENRY
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: Tim_Henry@fd.org
KS Sup. Ct. No. 12934