IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,        } | |
|     Plaintiff,        } | |
|            } | |
| vs.        } | Case No. 09-20058-01-CM |
|            } | |
| CHESTER BRAGG,        } | |
|     Defendants.        } | |

### MOTION TO CONTINUE PLEA

NOW COMES Defendant, Chester Bragg, by and through counsel, Kirk Redmond and moves the Court to continue the date set for a change of plea in the above captioned matter. In support of this application Defendant states to the Court as follows:

1. This case is currently set for plea on Monday September 28, 2009.

2. The parties have reached a tentative plea agreement, but final negotiation for the plea will not be completed in time.

3. Government Counsel, Kim Martin, has no objection to this continuance request.

4. Defendant understands that any delays caused by this application would be excluded from speedy trial calculations under the term of Title 18 U.S.C. §3161(8)(A). However, Defendant asserts that the ends of just would be served by granting this continuance and would outweigh both the interest of the defendant and the public in a speedy trial.

WHEREFORE, Defendant respectfully requests that the Court continue the date set for plea for a period of two weeks.

Respectfully submitted,

s/ Kirk Redmond
KIRK REDMOND    #18914
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6712
Fax: (913) 551-6562
E-mail: Kirk_Redmond@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kim Martin
Kim.Martin@usdoj.gov

s/ Kirk Redmond
KIRK REDMOND    #18914
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6712
Fax: (913) 551-6562
E-mail: Kirk_Redmond@fd.org