IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,        } | |
|       Plaintiff,                      } | |
|                                 } | |
| vs.                                } | Case No. 09-20058-01-CM |
|                                 } | |
| CHESTER BRAGG,                   } | |
|       Defendants.                } | |

## **MOTION TO TRAVEL**

NOW COMES Defendant, Chester Bragg, by and through counsel, Kirk Redmond and moves the Court to grant a Travel Permit. In support of this application Defendant states to the Court as follows:

1. Mr. Bragg is currently serving out the remainder of the term of his BOP sentence at the halfway house in Wichita, Kansas and is scheduled to be released on April 27, 2011.

2. Mr. Bragg was served with a Subpoena that a hearing is scheduled in Tulsa Oklahoma involving custody rights of his children. The hearing is set for the afternoon of April 7, 2011. His failure to attend this hearing may result in the Court permanently terminating his parental rights.

3. Because Mr. Bragg is required to reside at the halfway house, permission from the Court is necessary to allow him to request a travel pass for the purposes of attending the scheduled court hearing.

4. Mr. Bragg's wife, Jolene Potter, has agreed to provide him with transportation to the hearing. They will depart Wichita, Kansas at 8:00 a.m. on April 7, 2011, in order to arrive in Tulsa by noon. The hearing is scheduled to begin in the afternoon and may last a couple hours.

5. Following the hearing, Mr. Bragg is required to attend Court ordered parenting

classes.

6.  Mr. Bragg will spend the night in Tulsa, Oklahoma and return to Wichita, Kansas by 12:00 p.m. on April 8, 2011.  He will provide a copy of his travel itinerary to the halfway house.

7.  Assistant United States Attorney, Kim Martin, was contacted but could not be reached for her position to this request.

WHEREFORE, Defendant respectfully requests the Court grant him permission to request permission for a travel pass to leave the halfway house in Wichita, Kansas on April 7, 2011 at 8:00 a.m. for purposes of traveling to Tulsa, Oklahoma to attend a hearing related to his children and return to the halfway house on April 8, 2011 by 12:00 p.m.

Respectfully submitted,

s/ Kirk Redmond
KIRK REDMOND     #18914
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6712
Fax: (913) 551-6562
E-mail: Kirk_Redmond@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kim Martin
Kim.Martin@usdoj.gov

                                            s/ Kirk Redmond
                                            KIRK REDMOND    #18914
                                            Assistant Federal Public Defender
                                            500 State Avenue, Suite 201
                                            Kansas City, Kansas 66101
                                            Telephone (913) 551-6712
                                            Fax: (913) 551-6562
                                            E-mail: Kirk_Redmond@fd.org