D/KS-PROB 12B
(rev 02/06)

PACTS#25704

# United States District Court

## for the

## District of Kansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Case Number: **1083 2:09CR20058-001**

Name of Offender: **Chester Bragg III**

Name of Sentencing Judicial Officer:   Honorable Carlos Murguia

Date of Original Sentence:   1/19/2010

Original Offense:   Sex Offense - Failure To Register As A Sex Offender

Original Sentence:   Imprisonment - 24 M; Supervised Release - 24 M

Type of Supervision:   TSR          Date Supervision Commenced:   04/27/11

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall reside at a residential re-entry center program, in the community corrections component allowing for work release, for up to 180 days, at the direction of the U.S. Probation Officer. The defendant shall comply with the policies and procedures of the residential re-entry center program, including any requirement to wear an electronic monitoring device, which may include Global Positioning System and/or Random Tracking, and follow electronic monitoring procedures specified by the residential re-entry center program.**

## CAUSE

Mr. Bragg is currently a Bureau of Prisons inmate residing at the Mirror Incorporated Residential Re-entry Center (RRC) in Wichita, Kansas. He is scheduled to release to a two year term of supervision on April 27, 2011. Mr. Bragg initially submitted a release plan to reside with his mother in Sedan, Kansas. However, due to transportation, employment, and treatment issues, the plan was denied.

On April 20, 2011, this officer met with Mr. Bragg. The Waiver of Hearing to Modify Conditions (Form 49) was reviewed with Mr. Bragg. The form contained the above condition allowing for continued placement at the RRC for up to 180 days. Mr. Bragg, after being advised of his rights to a hearing and representation by counsel, elected to waive his rights and execute his signature on the form. The waiver form is on file with the Probation office and is available for the Court's review upon request.

Prob 12B             -2-      *Request for Modifying the Conditions or*
*Terms of Supervision with Consent of the Offender*

*Name of Offender:* Chester Bragg III      *Case Number:* 1083 2:09CR20058-001

---

The U.S. Probation Office asks the Court to modify the conditions of supervision allowing for continued placement at the RRC. Such a placement would assist Mr. Bragg in his reintegration efforts into the Wichita community.

Respectfully submitted,

by [signature]

Approved:             Bryce J Beckett
Senior U.S. Probation Officer
Date: April 22, 2011

_____
SUSPO

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

s/ Carlos Murguia
_____
Signature of Judicial Officer

4/25/2011
_____
Date