D/KS-PROB 12B
(rev 02/06)

PACTS#25704

# United States District Court

для the

## District of Kansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Case Number: **1083 2:09CR20058-001**

Name of Offender: **Chester Bragg III**

Name of Sentencing Judicial Officer:    Honorable Carlos Murguia

Date of Original Sentence:    January 19, 2010

Original Offense:    Failure To Register As A Sex Offender

Original Sentence:    Imprisonment - 24 M
                     Supervised Release - 24 M

Type of Supervision:    TSR            Date Supervision Commenced:    4/27/2011

## PETITIONING THE COURT

[ ]    To extend the term of supervision for   years, for a total term of   years.

[**X**]    To modify the conditions of supervision as follows:

**The defendant shall reside at a residential re-entry center program, in the community corrections component allowing for work release, for up to 180 days, at the direction of the U.S. Probation Officer. The defendant shall comply with the policies and procedures of the residential re-entry center program, including any requirement to wear an electronic monitoring device, which may include Global Positioning System and/or Random Tracking, and follow electronic monitoring procedures specified by the residential re-entry center program.**

## CAUSE

On April 27, 2011, the defendant released from the Federal Bureau of Prisons to begin serving his two year term of supervised release relative to his previous conviction for Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250.

As a condition of Mr. Bragg's supervision, he was directed to participate in substance abuse counseling and/or drug testing as directed by the U.S. Probation Officer. Since beginning his term of supervision, Mr. Bragg failed to report, as directed, for drug counseling and/or testing on: 08/10/11, 09/09/11, 09/15/11, 10/06/11, 10/21/11, 11/05/11, 11/18/11, 11/28/11, 12/04/11, 12/15/11, 01/05/12, 02/07/12, 02/22/12, 02/23/12, 03/03/12, 04/10/12, 04/19/12, and 05/21/12. Additionally, the defendant submitted dilute urine specimens on 06/03/11, 07/31/11, 12/06/11 and 03/20/12. Part of the defendant's drug treatment condition requires Mr. Bragg to pay a copay as directed by the U.S. Probation Officer. Mr. Bragg's compliance includes maintaining a current balance on his copay. According to records received from Mr. Bragg's substance

| Prob 12B | -2- | *Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender* |
|---|---|---|
| *Name of Offender:* Chester Bragg III | | *Case Number:* 1083 2:09CR20058-001 |

abuse treatment provider, the defendant will owe a balance of $240, at the end of May 2012.

On March 5, 2012, the defendant admitted to voluntarily using cocaine.

As a condition of Mr. Bragg's supervision, the defendant was ordered to participate in mental health and/or sex offender treatment program(s). Following the defendant's release onto supervision, he was referred for mental health and sex offender treatment. The defendant failed to report, as directed, for mental health treatment on: 03/22/12, 04/24/12 and 04/26/12. The defendant failed to report, as directed, for sex offender treatment on: 05/24/11, 06/23/11, 08/04/11, 09/28/11, and 11/02/11. Part of the defendant's sex offender treatment condition requires Mr. Bragg to pay a copay as directed by the U.S. Probation Officer. Mr. Bragg's compliance includes maintaining a current balance on his copay. According to records received from Mr. Bragg's sex offender treatment provider, the defendant will owe a balance of $290, at the end of May 2012.

Graduated sanctions have failed to bring Mr. Bragg into compliance with his conditions of supervision. As such, the U.S. Probation Officer is recommending the defendant be placed at Mirror, Inc., Residential Re-Entry Center (RRC) for a period of up to 180 days.

After being advised of his rights to attorney representation and a hearing, prior to any change in his conditions of supervision, Mr. Bragg has executed a waiver form authorizing the addition of this special condition without further hearing.

Respectfully submitted,

by _____

Bryce J Beckett
U.S. Probation Officer
Date: May 22, 2012

Approved:

_____
SUSPO

THE COURT ORDERS:
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

s/ Carlos Murguia
_____
Signature of Judicial Officer

5/23/2012
_____
Date