**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|      ) | |
| **Plaintiff,**      ) | |
|      ) | |
| v.      ) | **Case No. 09-20058-01-CM** |
|      ) | |
| **CHESTER BRAGG,**      ) | |
|      ) | |
| **Defendant.**      ) | |
|      ) | |

**ORDER OF DETENTION PENDING HEARING ON PETITION
TO REVOKE PRETRIAL RELEASE**

On December 5, 2012, a detention hearing was conducted in accordance with Fed. R. Crim. Proc. 32.1.  The Government appeared by and through Aaron Smith, Assistant United States Attorney.  The Defendant, Chester Bragg, appeared in person and through appointed counsel, Joel Mandelman, Assistant Federal Defender.

The Court may release the Defendant pending the hearing on the Petition if the Defendant meets the burden of establishing by clear and convincing evidence that the Defendant will not flee or pose a danger to any other person or the community.

The proffered facts demonstrate that the Defendant has violated the terms of his supervised release by failing to comply with drug testing requirement, and by failing to reside where ordered and failing to advise probation of changes in his employment and residence. The Court is not able to find that the defendant is likely to comply with bond conditions.  Under these circumstances the Defendant has not met his burden to establish that his release will not pose a danger to the community or that he is will appear as required for hearings.

The Government's motion for detention is **GRANTED**.

Defendant is advised of his right to seek a review and appeal of this order of release pursuant to 18 U.S.C. § 3145(b).

IT IS THEREFORE ORDERED that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated at Wichita, Kansas, this 5th  day of December, 2012.


   s/ KENNETH G. GALE
KENNETH G. GALE
United States Magistrate Judge