AO 245D (Rev.03/2007) - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Kansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CHESTER BRAGG III | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:   2:09CR20058-001<br><br>USM No.:   20355-031<br><br>Kirk C. Redmond<br>Defendant's Attorney |

**THE DEFENDANT:**
[x] admitted guilt to violation of condition(s) <u>Mandatory, Standard and Special</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   xxx-xx-6333 | 01/29/13<br>Date of Imposition of Judgment |
| Defendant's Date of Birth:   1978 | |
| Defendant's Residence Address:<br>Wichita KS | s/ Carlos Murguia<br>Signature of Judge |
| Defendant's Mailing Address:<br>Wichita KS | Honorable Carlos Murguia, U. S. District Judge<br>Name & Title of Judge<br><br>January 29, 2013<br>Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations

| | | |
|---|---|---|
| DEFENDANT: | CHESTER BRAGG III | Judgment - Page 2 of 5 |
| CASE NUMBER: | 2:09CR20058-001 | |

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Drug Use | 11/16/12 |
| 2 | Failure to Participate in Substance Abuse Treatment Program | 08/07/12 |
| 3 | Failure to Participate in Mental Health and/or Sex Offender Treatment Program | 04/26/12 |
| 4 | Failure to Pay Special Assessment | 11/27/12 |
| 5 | Failure to Notify Probation Officer to Change in Employment | 11/11/12 |
| 6 | Failure to Notify Probation Officer to Change in Address | 11/21/12 |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations---Imprisonment

DEFENDANT:         CHESTER BRAGG III                                                                  Judgment - Page 3 of 5
CASE NUMBER:       2:09CR20058-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>6 months</u>.

[x]    The Court makes the following recommendations to the Bureau of Prisons:

       The Court recommends placement at USP Tucson

[x]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.

       [ ] at ___ on ___.

       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       [ ] before ___ on ___.

       [ ] as notified by the United States Marshal.

       [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

       Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                                              _____
                                                                              UNITED STATES MARSHAL

                                                                              By _____
                                                                                 Deputy U.S. Marshal

AO 245D (Rev.11/04) Judgment in a Criminal Case for Revocations---Criminal Monetary Penalties

| | | |
|---|---|---|
| DEFENDANT: CHESTER BRAGG III | | Judgment - Page 4 of 5 |
| CASE NUMBER: 2:09CR20058-001 | | |

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth in this Judgment.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100 | $ | $ |

[ ]  The determination of restitution is deferred until  _ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]  The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Totals: | $ _ | $ _ | |

[ ]  Restitution amount ordered pursuant to plea agreement $ _

[ ]  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options set forth in this Judgment may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  [ ]  the interest requirement is waived for the    [ ] fine and/or    [ ] restitution.

  [ ]  the interest requirement for the    [ ] fine and/or    [ ] restitution is modified as follows:

---

 * Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D (Rev.11/04) Judgment in a Criminal Case for Revocations---Criminal Monetary Penalties

| DEFENDANT: | CHESTER BRAGG III | Judgment - Page 5 of 5 |
|---|---|---|
| CASE NUMBER: | 2:09CR20058-001 | |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    [ ]    Lump sum payment of $ due immediately, balance due

       [ ]    not later than _____, or

       [ ]    in accordance with ( ) C, ( ) D, ( ) E, or ( ) F below; or

B    [**x**]    Payment to begin immediately (may be combined with ( ) C, ( ) D, or (**x**) F below); or

C    [ ]    Payment in monthly installments of not less than 5% of the defendant's monthly gross household income over a period of __ years to commence __ days after the date of this judgment; or

D    [ ]    Payment of not less than 10% of the funds deposited each month into the inmate's trust fund account and monthly installments of not less than 5% of the defendant's monthly gross household income over a period of __ years, to commence __ days after release from imprisonment to a term of supervision; or

E    [ ]    Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F    [**x**]    Special instructions regarding the payment of criminal monetary penalties:

If restitution is ordered, the Clerk, U.S. District Court, may hold and accumulate restitution payments, without distribution, until the amount accumulated is such that the minimum distribution to any restitution victim will not be less than $25.

Payments should be made to Clerk, U.S. District Court, U.S. Courthouse - Room 259, 500 State Avenue, Kansas City, Kansas 66101.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

     [ ]    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

| Case Number (including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

     [ ]    The defendant shall pay the cost of prosecution.

     [ ]    The defendant shall pay the following court cost(s):

     [ ]    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, (8) costs, including cost of prosecution and court costs.